IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Cr. No. 6:03-695-HMH |
| vs. | ) | |
| | ) | |
| Pamela Denise Simon, | ) | |
| | ) | **OPINION & ORDER** |
| Defendant. | ) | |

The court is informed that there are additional claimants to restitution from the Defendant. The Government is directed to advise the court within 20 days as to whether an amended judgment should be entered reflecting additional payments to claimants and submit a proposed order either served on all interested parties or consented to by all interested parties.

   **IT IS SO ORDERED**.

                              s/Henry M. Herlong, Jr.
                              United States District Judge

Greenville, South Carolina
November 29, 2007

1